# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1410

_____

Thomas John Lewis,                                     *
                                                      *
          Appellant,                                 *
                                                      *   Appeal from the United States
   v.                                             *   District Court for the
                                                      *   District of South Dakota.
United States of America,                             *
                                                      *   [UNPUBLISHED]
          Appellee.                                  *

_____

Submitted: December 7, 2004
Filed: December 15, 2004

_____

Before BYE, MELLOY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Thomas Lewis appeals the district court's[1] adverse grant of summary judgment in his medical malpractice action brought under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. After careful de novo review of the record, see Bellecourt v. United States, 994 F.2d 427, 430 (8th Cir. 1993), we conclude that summary judgment was not granted prematurely, and that the issue of costs is premature as no costs have been awarded. We affirm the merits for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.